**Order filed September 11, 2013**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-13-00705-CV
_____

**BARBARA GALPION, Appellant**

**V.**

**AH4R I TX LLC, A DELAWARE LLC, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1030810**

---

## ORDER

No reporter's record has been filed in this case. The official court reporter for the  Court informed this court that appellant had not made arrangements for payment for the reporter's record. On August 14, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter=s record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal on or before **October 11, 2013.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM